**THE COOPER LAW FIRM, P.C.**
Scott B. Cooper (Cal. Bar No. 174520)
scott@cooper-firm.com
Samantha A. Smith (Cal. Bar No. 233331)
samantha@cooper-firm.com
4000 Barranca Parkway, Suite 250
Irvine, California 92604
Telephone: (949) 724-9200
Facsimile: (949) 724-9255

Attorneys for Plaintiff Steven Mills,
On Behalf Of Himself and all Others Similarly Situated

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MILLS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SALES RAIN, INC., a California Corporation; and SALES RAIN BPO, INC., a California Corporation,<br><br>Defendants. | Case No. 16-CV-0301- H- BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Steven Mills hereby
2  dismisses without prejudice all causes of action in their entirety against
3  Defendants SALES RAIN, INC., and SALES RAIN BPO, INC.  Despite repeated
4  efforts, SALES RAIN, INC. and SALES RAIN BPO, INC were not served.
5  Neither SALES RAIN, INC. nor SALES RAIN BPO, INC have answered.

Dated:  June 23, 2016                    THE COOPER LAW FIRM, P.C.


                                         By:      s/ Samantha A. Smith
                                             Samantha A. Smith
                                             Attorneys for Plaintiff Steven Mills
                                             Samantha@cooper-firm.com